# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McMahon, Colleen | US District Court-Southern Dis | 08/13/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge-Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

500 Pearl Street
New York, NY 10007
Chambers 640 Moynihan Courthou

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Foundation #1 |
| 4. | Director | Music Bridges Internatinal Inc |
| 5. | Director | The Yard |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | CSG Systems Inc-Director Fee |
| 2. 2011 | Kohl's Department Stores Inc-Director Fee |
| 3. 2011 | ▓▓▓▓▓▓▓ Managing Director |
| 4. 2011 | Safe Bulkers Inc -Director Fee |
| 5. 2011 | Jet Blue Airways Corp-Director Fee |
| 6. 2011 | ▓▓▓▓▓▓▓ Ltd-Employee |
| 7. 2011 | Linx Partners LLC_Director Fee |
| 8. 2011 | Morgan Stanley-Pension Income |
| 9. 2011 | Herrick and Company -Commitment Fee |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

3. _____

4. _____

5. _____

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JP Morgan Bank | Credit Card | L |
| 2. | Internal Revenue Service | Federal Income Taxes | P1 |
| 3. | New York State | NYS Income Tax | P1 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Thornburg Ltd. Term Muni. Fd Nat'l | B | Dividend | L | T | | | | | |
| 2. Kohl's Corp. Com (IRA) | E | Dividend | O | T | | | | | |
| 3. Thornberg Value Fund Class A Mut Fd. (IRA) | | None | N | T | | | | | |
| 4. Morgan Stanley Venture Investors III LP (IRA) | A | Distribution | K | U | | | | | See Note # 1 |
| 5. Kohl's Corp Com (Trust #2) | C | Dividend | M | T | | | | | |
| 6. Morgan Stanley Venture Investors III LP | A | Distribution | K | U | | | | | See Note # 1 |
| 7. EES 1986 LP | | None | J | U | | | | | |
| 8. Skyline Venture Partners, L.P. | F | Distribution | L | U | Sold (part) | 11/28/11 | M | | See Note # 1 |
| 9. MSCP III L.P. | | None | J | U | | | | | |
| 10.          1998 300,0000) | | None | N | R | | | | | |
| 11.          1998 300,000) | | None | N | R | | | | | |
| 12. Bond Finance International Con Due 11/23/2058(IRA) | | None | J | T | | | | | |
| 13. Northwestern Mututal Life | | None | K | T | | | | | |
| 14. EVILCO Life Insurnace (Trust # 1) | | None | J | T | | | | | |
| 15. Northwestern Mutual Life (Trust#1) | A | Interest | N | T | | | | | |
| 16. Northwestern Mututal Life(Trust #1) | | None | M | T | | | | | |
| 17. Madison National Life Ins(Trust # 1) | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Passport Money Market Fund (IRA) | | None | J | T | | | | | |
| 19. SFM Domestic Investments LLC | | None | P1 | U | Distributed (part) | 12/12/11 | L | | See Note # 5 To line # 351 |
| 20. | | | | | Distributed (part) | 12/12/11 | M | | See Note # 5-To line # 352 |
| 21. CSG Systems International Inc.Com | | None | N | T | Buy | 08/16/11 | L | | |
| 22. Summit Mariner, LLC | | None | P1 | U | | | | | |
| 23. Skyline Venture Partners Qualified Purchase Fund II | | None | L | U | | | | | |
| 24. Trident Capital Fund-IV LP | | None | M | U | | | | | |
| 25. Sentinel Capital Partners II LP | | None | L | U | | | | | |
| 26. Summit Mariner LLC/JP Morgan Checking | A | Interest | L | T | | | | | |
| 27. Rental # 1 /JPMorgan Checking | | None | K | T | | | | | |
| 28. Rental # 2 New York, NY(1999 $ 900,000) | E | Rent | P1 | R | | | | | |
| 29. Rental # 2/JP Morgan -Checking | A | Interest | K | T | | | | | |
| 30. JP Morgan(Checking)- | | None | M | T | | | | | |
| 31. Andex Resources LLC | | None | J | U | | | | | |
| 32. Vacant Land ▓▓▓▓ (1999 $ 425,000 ) | | None | N | R | | | | | |
| 33. Five Point Fund LLC | | None | K | U | Sold (part) | 09/28/11 | J | | |
| 34. Trident Capital Fund V LP | | None | N | U | Buy (add'l) | 03/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/15/11 | K | | |
| 36. | | | | | Sold (part) | 06/10/11 | K | | |
| 37. Linx Partners (Q) LP | G | Distribution | P1 | U | Sold (part) | 02/17/11 | N | | See Note # 1 |
| 38. | | | | | Sold (part) | 09/09/11 | N | | |
| 39. | | | | | Sold (part) | 06/24/11 | K | | |
| 40. Grove Capital Commitment Partners LP | G | Distribution | M | U | Buy (add'l) | 07/21/11 | J | | See Note # 1 |
| 41. | | | | | Sold (part) | 07/21/11 | M | | |
| 42. Martha's Vineyard Golf Partners LLC | | None | K | U | | | | | |
| 43. Silvaris Corp Preferred B | | None | N | U | | | | | |
| 44. JP Morgan (Checking) | B | Interest | P1 | T | | | | | |
| 45. NY State Dorm.Auth 6.1% due 07/19 | E | Interest | O | T | Sold (part) | 07/06/11 | K | A | |
| 46. Rome NY HSG DEV 6.25% due 01/18 | C | Interest | | | Sold (part) | 01/03/11 | J | | |
| 47. | | | | | Sold | 03/22/11 | L | A | |
| 48. Oneida Cnty NY 6.25% due 06/15 | E | Interest | N | T | Sold (part) | 06/01/11 | K | | |
| 49. | | | | | Sold (part) | 12/01/11 | L | | |
| 50. JK & B Capital IV QIP LP | | None | P1 | U | Buy (add'l) | 01/10/11 | K | | |
| 51. | | | | | Buy (add'l) | 06/08/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/11/11 | K | | |
| 53. | | | | | Sold (part) | 02/14/11 | L | | |
| 54. | | | | | Sold (part) | 09/07/11 | J | | |
| 55. Perseus Biopharmaceutical Investor LP | | None | O | U | Buy (add'l) | 01/10/11 | L | | |
| 56. | | | | | Buy (add'l) | 05/16/11 | K | | |
| 57. | | | | | Buy (add'l) | 12/14/11 | K | | |
| 58. | | | | | Distributed (part) | 03/15/11 | L | | See Note#5 To line # 354 |
| 59. | | | | | Distributed (part) | 06/02/11 | K | | See Note#5-To line # 355 |
| 60. Skyline Venture Partners Qualified Purchaser Fund III LP | | None | M | U | Sold (part) | 04/25/11 | K | | |
| 61. | | | | | Sold (part) | 12/16/11 | L | | |
| 62. | | | | | Distributed (part) | 02/14/11 | K | | See Note#5 - To line 362 |
| 63. | | | | | Distributed (part) | 11/09/11 | K | | See Note#5-To line 363 |
| 64. Towerbrook Private Equity Partners II LP | H1 | Distribution | J | U | Sold (part) | 04/16/11 | P2 | | See Note # 1 |
| 65. | | | | | Sold (part) | 08/29/11 | O | | |
| 66. SPEP Limited Partners LLC | H1 | Distribution | P1 | U | Sold (part) | 02/17/11 | P1 | | See Note # 1 |
| 67. | | | | | Sold (part) | 04/14/11 | P1 | | |
| 68. | | | | | Sold (part) | 12/13/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Grove II LP | E | Distribution | J | U | Buy (add'l) | 01/26/11 | J | | See Note # 1 |
| 70. | | | | | Sold (part) | 01/26/11 | K | | |
| 71. Tactics II LP | | None | O | U | | | | | |
| 72. JP Morgan Checking(Foundation #1) | A | Interest | M | T | | | | | |
| 73. MM Community Funding III Sub Note | | None | N | T | | | | | |
| 74. OR Music LLC | | None | K | U | | | | | |
| 75. SFM Participation LP | | None | J | U | | | | | |
| 76. Capital Income Builders Fd Cl A(IRA) | B | Dividend | K | T | | | | | |
| 77. Kinderhook Capital I LP | | None | P1 | U | Buy (add'l) | 01/26/11 | K | | |
| 78. | | | | | Sold (part) | 01/26/11 | O | | |
| 79. Capital World Grth & Income Fd Cl A(IRA) | C | Dividend | M | T | | | | | |
| 80. Thornburg CRE GWT I | | None | L | T | | | | | |
| 81. JP Morgan Tax Free MM Premier Sweep | A | Interest | N | T | | | | | |
| 82. R Thompson Trucking(Subordinated Note) | | None | | | Sold | 01/02/11 | K | | |
| 83. R Thompson Trucking(Com) | | None | K | U | | | | | |
| 84. ▒▒▒▒▒▒▒ Ltd | E | Distribution | P1 | U | | | | | See Note # 1 & Note # 2 |
| 85. --Snow Beverage Corp ( Preferred C) | | None | | | Sold | 11/18/11 | J | | See Note # 2 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Snow Beverage Corp(Promissory Note) | | None | | | Buy | 01/11/11 | L | | See Note # 2 |
| 87. | | | | | Buy (add'l) | 06/10/11 | L | | See Note # 2 |
| 88. | | | | | Sold | 11/18/11 | J | | SeeNote # 2 |
| 89. --Dynova Laboratories Inc (Com) | | None | | | Buy (add'l) | 01/20/11 | M | | See Note # 2 |
| 90. Camulos Partners LP | | None | N | U | Sold (part) | 02/28/11 | M | | |
| 91. | | | | | Sold (part) | 06/03/11 | L | | |
| 92. | | | | | Sold (part) | 11/14/11 | K | | |
| 93. Capital SLI Group LLC | | None | J | U | | | | | |
| 94. CGI Partners,LP | | None | P2 | U | Buy (add'l) | 03/18/11 | J | | |
| 95. | | | | | Sold (part) | 03/04/11 | M | | |
| 96. | | | | | Sold (part) | 07/01/11 | O | | |
| 97. Micell Technologies Inc.(Com) | | None | K | U | | | | | |
| 98. East 57th Street LLC | | None | | | Closed | 12/31/11 | | | See Note # 3 |
| 99. ICP D200 LLC | | None | | | Closed | 12/31/11 | | | See Note # 3 |
| 100. ICP 2800A LLC | | None | | | Closed | 12/31/11 | | | See Note # 3 |
| 101. Linx Partners II LP | E | Distribution | P1 | U | Buy (add'l) | 07/19/11 | O | | See Note # 1 |
| 102. | | | | U | Buy (add'l) | 02/14/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 08/26/11 | K | | |
| 104. | | | | | Sold (part) | 12/14/11 | N | | |
| 105. | | | | | Sold (part) | 07/19/11 | K | | |
| 106.  Lone Cypress Company Ltd | E | Distribution | P1 | U | Sold (part) | 06/28/11 | M | | See Note # 1 |
| 107.  Sentinel Capital Investors III LP | G | Distribution | O | U | Sold (part) | 04/01/11 | K | | See Note # 1 |
| 108. | | | | | Sold (part) | 06/23/11 | K | | |
| 109. | | | | | Sold (part) | 08/29/11 | K | | |
| 110. | | | | | Sold (part) | 10/12/11 | L | | |
| 111. | | | | | Sold (part) | 11/30/11 | M | | |
| 112.  SFM Participation II LP | H1 | Distribution | P2 | U | Buy (add'l) | 06/30/11 | P1 | | See Note # 1 |
| 113. | | | | | Buy (add'l) | 09/30/11 | N | | |
| 114. | | | | | Sold (part) | 09/30/11 | O | | |
| 115. | | | | | Sold (part) | 03/31/11 | J | | |
| 116. | | | | | Sold (part) | 06/30/11 | P1 | | |
| 117. | | | | | Sold (part) | 09/19/11 | L | | |
| 118.  North Salem Acquisition & Development Fund 2005 LP | E | Distribution | J | U | Sold (part) | 01/28/11 | J | | See Note # 1 |
| 119. | | | | | Sold (part) | 07/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 10/31/11 | J | | |
| 121. | | | | | Sold (part) | 12/07/11 | J | | |
| 122.  Thornburg Core Growth Cl A (IRA) | | None | M | T | | | | | |
| 123.  Thornburg Invt Tr Intl Value Cl 1 | A | Dividend | K | T | | | | | |
| 124.  Jetblue (Com) | | None | N | T | | | | | |
| 125.  ▭ West 12th St LLC | G | Distribution | P1 | U | Buy (add'l) | 05/09/11 | M | | See Note # 1 |
| 126. | | | | | Sold (part) | 01/12/11 | P1 | | |
| 127.  Aisling Capital II LP | | None | P1 | U | Buy (add'l) | 02/01/11 | L | | |
| 128. | | | | | Buy (add'l) | 12/22/11 | M | | |
| 129. | | | | | Sold (part) | 02/01/11 | M | | |
| 130. | | | | | Sold (part) | 12/22/11 | M | | |
| 131.  By The Way Productions LLC | B | Distribution | J | U | | | | | See Note # 1 |
| 132.  J K & B Capital V LP | | None | P1 | U | Buy (add'l) | 02/14/11 | L | | |
| 133. | | | | | Buy (add'l) | 05/18/11 | M | | |
| 134. | | | | | Buy (add'l) | 06/28/11 | M | | |
| 135. | | | | | Buy (add'l) | 09/21/11 | L | | |
| 136. | | | | | Buy (add'l) | 11/07/11 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 04/05/11 | K | | |
| 138. SEEF II LP | | None | P1 | U | Buy (add'l) | 12/12/11 | M | | |
| 139. Towerbrook Investors II Executive Fund LP | G | Distribution | P1 | U | Sold (part) | 07/13/11 | P1 | | See Note # 1 |
| 140. | | | | | Sold (part) | 12/15/11 | M | | |
| 141. Trident VI LP | | None | N | U | | | | | |
| 142. Kinderhook Capital Fund II LP | | None | P2 | U | Buy (add'l) | 01/17/11 | L | | |
| 143. | | | | | Buy (add'l) | 04/07/11 | L | | |
| 144. | | | | | Buy (add'l) | 05/20/11 | M | | |
| 145. | | | | | Buy (add'l) | 09/14/11 | L | | |
| 146. | | | | | Buy (add'l) | 11/30/11 | K | | |
| 147. | | | | | Sold (part) | 05/20/11 | N | | |
| 148. Kohls Corp (Com). | D | Dividend | O | T | Buy (add'l) | 03/08/11 | L | | |
| 149. | | | | | Buy (add'l) | 05/23/11 | L | | |
| 150. KPB Partners LP | F | Distribution | P1 | U | | | | | See Note # 1 |
| 151. NYS Dormitory Authority 5.25% due 11/15/23 | D | Interest | M | T | | | | | |
| 152. Brookhaven NY 4..25% 1due 11/1/37 | E | Interest | | | Sold (part) | 10/31/11 | P1 | | |
| 153. | | | | | Sold | 11/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Dutchess County NY 5 % due 8/1/11 | E | Interest | | | Redeemed | 08/01/11 | O | | |
| 155. City of NY Genl Pur 5 % due 8/1/12 | E | Interest | O | T | | | | | |
| 156. NYS Dormitory Adj rate due 11/15/29 | E | Interest | N | T | | | | | |
| 157. Thornburg-Income Builder Cl 1 | C | Dividend | L | T | | | | | |
| 158. Thornburg Global Opportunity Cl 1 | A | Dividend | K | T | | | | | |
| 159. Thornburg CRE GWT 1 (Trust # 2) | | None | L | T | | | | | |
| 160. Morgan Stanley Bank (Savings) | A | Interest | L | T | | | | | |
| 161. Thornburg CRE GWT (IRA) | | None | J | T | | | | | |
| 162. Morgan Stanley Bank-(Savings) | A | Interest | J | T | | | | | |
| 163. Inavein LLC | | None | J | U | | | | | |
| 164. Ironwood Management Partners Fund II LP | | None | N | U | Buy (add'l) | 02/01/11 | K | | |
| 165. | | | | | Buy (add'l) | 07/07/11 | K | | |
| 166. | | | | | Buy (add'l) | 09/26/11 | N | | |
| 167. Linx-Cimarron Energy Co-Invest, LLC | D | Interest | O | U | Sold (part) | 01/19/11 | J | | |
| 168. | | | | | Sold (part) | 05/06/11 | J | | |
| 169. | | | | | Sold (part) | 11/07/11 | J | | |
| 170. | | | | | Sold (part) | 12/08/11 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  RGI Partners II B LP | | None | P1 | U | Buy (add'l) | 01/20/11 | J | | |
| 172. | | | | | Sold (part) | 01/20/11 | L | | |
| 173. | | | | | Sold (part) | 04/14/11 | J | | |
| 174.  RGI Partners Ltd | | None | P1 | U | Buy (add'l) | 02/09/11 | L | | |
| 175. | | | | | Sold (part) | 02/09/11 | M | | |
| 176. | | | | | Buy (add'l) | 07/05/11 | M | | |
| 177.  SC Capital (P) LP | | None | P1 | U | Buy (add'l) | 04/07/11 | K | | |
| 178. | | | | | Buy (add'l) | 06/21/11 | K | | |
| 179. | | | | | Buy (add'l) | 09/22/11 | K | | |
| 180. | | | | | Buy (add'l) | 12/09/11 | K | | |
| 181.  ▮▮▮▮▮ LP | G | Distribution | P2 | U | Buy (add'l) | 08/24/11 | K | | See Note # 1 & Note #4 |
| 182. | | | | | Buy (add'l) | 12/06/11 | N | | |
| 183. | | | | | Buy (add'l) | 01/05/11 | K | | |
| 184. | | | | | Buy (add'l) | 08/01/11 | M | | |
| 185. | | | | | Buy (add'l) | 12/19/11 | O | | |
| 186. | | | | | Sold (part) | 03/03/11 | N | | |
| 187. | | | | | Sold (part) | 06/15/11 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. ▮▮▮▮ Management LP | G | Distribution | P1 | U | Sold (part) | 12/21/11 | N | | See Note # 1 |
| 189. | | | | | Sold (part) | 12/30/11 | O | | |
| 190. ▮▮▮▮ LP | G | Distribution | P1 | U | Buy (add'l) | 01/26/11 | M | | See Note # 1 & Note #4 |
| 191. | | | | | Sold (part) | 03/31/11 | O | | |
| 192. | | | | | Buy (add'l) | 08/03/11 | M | | |
| 193. | | | | | Buy (add'l) | 08/24/11 | M | | |
| 194. | | | | | Buy (add'l) | 12/06/11 | O | | |
| 195. | | | | | Buy (add'l) | 12/19/11 | P1 | | |
| 196. | | | | | Sold (part) | 12/20/11 | P1 | | |
| 197. --Apex Companies LLC | | None | | | | | | | See Note #4 |
| 198. --Archway Marketing Services Inc | | None | | | | | | | See Note #4 |
| 199. --Dianet Communications Inc N/C Transit Wireless LLC | | None | | | | | | | See Note #4 |
| 200. --Freedom Innovations LLC | | None | | | | | | | See Note #4 |
| 201. --Hamilton State Bancshares Inc | | None | | | | | | | See Note #4 |
| 202. --Oceus Networks Inc. | | None | | | | | | | See note # 4 |
| 203. --Nautilus Neurosciences Inc | | None | | | | | | | See Note #4 |
| 204. --Optimal Solutions Integration,Inc | | None | | | | | | | See Note #4 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --PetMedicus Laboratories Inc | | None | | | Closed | 12/31/11 | | | See Note #3., Note # 4 |
| 206. --Pillar Processing Inc | | None | | | Closed | 12/31/11 | | | See Note #3 Note # 4 |
| 207. --SDI Health LLC | | None | | | Sold | 10/31/11 | | | See Note #4 |
| 208. --TowerCo II Holdings LLC | | None | | | | | | | See Note #4 |
| 209. --Versapharm | | None | | | | | | | See Note #4 |
| 210. --Cumberland Consulting Group LLC | | None | | | Buy | 12/06/11 | | | See Note #4 |
| 211. --RE Transportation Inc | | None | | | Buy | 12/14/11 | | | See Note #4 |
| 212. Camulos Special Situations Fund LP | | None | K | U | | | | | |
| 213. Wall Street Sources Inc(Com) | | None | O | U | | | | | |
| 214. Navagate Inc (Promissory Note) | | None | P1 | T | | | | | |
| 215. Omnilink Systems Inc (Ser B Preferred Stock) | | None | P1 | U | | | | | |
| 216. American Home Food Products Inc (Com) | | None | N | U | | | | | |
| 217. ▢ Partners | | None | N | T | Buy (add'l) | 01/10/11 | J | | |
| 218. | | | | | Buy (add'l) | 05/16/11 | K | | |
| 219. | | | | | Buy (add'l) | 12/14/11 | K | | |
| 220. | | | | | Sold (part) | 12/14/11 | K | | |
| 221. | | | | | Distributed (part) | 03/15/11 | K | | See Note # 5-To line # 356 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Distributed (part) | 06/2/11 | K | | See Note # 5 To line # 357 |
| 223. Syndicate Holdings Corp(Com) | | None | N | U | Sold (part) | 03/15/11 | M | | |
| 224. NYS Dorm 5.75 Due 7/1/13 | F | Interest | O | T | Sold (part) | 07/01/11 | M | | |
| 225. City of NY 5.5 % Due 8/1/12 | B | Interest | L | T | | | | | |
| 226. State of NY Mtg Agency 3.125 % Due 10/1/11 | D | Interest | | | Sold (part) | 07/15/11 | N | A | |
| 227. | | | | | Sold | 10/03/11 | L | A | |
| 228. NYS Dorm 5.7 Due 7/1/13 | F | Interest | P1 | T | | | | | |
| 229. City of NY Health & Hosp 4 % Due 2/15/13 | E | Interest | O | T | | | | | |
| 230. NYS Mtg Agency 5 % Due 10/1/17 | E | Interest | O | T | | | | | |
| 231. State of NY Dorm 4 % Due 9/1/12 | E | Interest | O | T | | | | | |
| 232. State of NY Dorm 4.125 % Due 4/1/13 | E | Interest | N | T | | | | | |
| 233. ▮▮▮▮ BioPharmaceutical Fund LP | | None | J | U | Buy (add'l) | 01/13/11 | J | | |
| 234. | | | | | Buy (add'l) | 05/16/11 | J | | |
| 235. | | | | | Buy (add'l) | 12/14/11 | J | | |
| 236. | | | | | Sold (part) | 12/14/11 | J | | |
| 237. | | | | | Distributed (part) | 03/15/11 | J | | See Note # 5-To line # 358 |
| 238. | | | | | Distributed (part) | 06/02/11 | J | | See Note # 5-To Line # 359 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  Safe Bulkers Inc(Com) | D | Dividend | M | T | Buy (add'l) | 01/12/11 | K | | |
| 240. | | | | | Buy (add'l) | 04/11/11 | K | | |
| 241. | | | | | Buy (add'l) | 07/05/11 | K | | |
| 242. | | | | | Buy (add'l) | 10/11/11 | K | | |
| 243.  ICP D 200 LLC (Working Capital Loan) | | None | | | Closed | 12/31/11 | | | See Note # 3 |
| 244.  ▓▓▓ West 12th Street LLC(Working Capital Loan) | | None | M | T | | | | | |
| 245.  Artisanal Cheese LLC(Bridge Loan) | | None | N | T | Buy (add'l) | 07/25/11 | M | | |
| 246.  Nassau Point Partners I LP | | None | J | U | | | | | |
| 247.  Nassau Point Partners II LP | | None | J | U | | | | | |
| 248.  Camulos 1301 I Street LLC | | None | | | Sold | 01/02/11 | J | | |
| 249.  Camulos BioEnergy Debt Holdings LLC | | None | K | U | | | | | |
| 250.  Camulos BioEnergy Partners LLC | | None | K | U | | | | | |
| 251.  Camulos Fountain Hills Partners LLC | | None | J | U | | | | | |
| 252.  Camulos Gateway HI Partners LLC | | None | J | U | | | | | |
| 253.  Camulos Gateway RH Partners LLC | | None | J | U | | | | | |
| 254.  Camulos Granite Ridge Partners LLC | | None | | | Sold | 01/02/11 | M | | |
| 255.  Asling Investors III LP | | None | N | U | Buy (add'l) | 01/10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 03/29/11 | K | | |
| 257. | | | | | Buy (add'l) | 08/01/11 | K | | |
| 258. | | | | | Buy (add'l) | 08/22/11 | J | | |
| 259. | | | | | Buy (add'l) | 10/11/11 | K | | |
| 260. | | | | | Buy (add'l) | 11/14/11 | L | | |
| 261.  Eastern Growth Capital I LP | | None | N | U | | | | | |
| 262.  Eastern Growth Capital II LP | D | Distribution | N | U | | | | | See Note # 1 |
| 263.  Eastern Growth Capital II LP(IRA) | E | Distribution | O | U | | | | | See Note # 1 |
| 264.  Linx-Metaltech Co Investment LLC | C | Interest | L | U | Sold (part) | 06/24/11 | J | | |
| 265.  Olympus Capital Asia IV LP | D | Distribution | O | U | Buy (add'l) | 02/14/11 | L | | See Note # 1 |
| 266. | | | | | Buy (add'l) | 07/07/11 | L | | |
| 267. | | | | | Buy (add'l) | 09/13/11 | L | | |
| 268. | | | | | Sold (part) | 02/07/11 | K | | |
| 269. | | | | | Sold (part) | 07/07/11 | K | | |
| 270. | | | | | Sold (part) | 09/13/11 | M | | |
| 271.  Stag Investments IV LP | D | Distribution | N | U | Sold (part) | 03/31/11 | J | | See Note # 1 |
| 272. | | | | | Sold (part) | 05/06/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 07/15/11 | J | | |
| 274. | | | | | Sold (part) | 07/21/11 | J | | |
| 275. | | | | | Buy (add'l) | 10/14/11 | J | | |
| 276. UBS RMA Tax Free (MM) | A | Interest | M | T | | | | | |
| 277. Safe Bulkers Inc (Com)(IRA) | D | Dividend | M | T | | | | | |
| 278. Towerbrok Investors III Executive Fund LP | E | Distribution | O | U | Sold (part) | 12/19/11 | K | | See Note # 1 |
| 279. Tactics II Stem Cell Ventures QP LP | | None | P1 | U | | | | | |
| 280. Cellular Dynamics International Inc(Pref A) | | None | L | U | | | | | |
| 281. Target Moderate Alloc Fund A(401k) N/C Inves Van Kampen Equi | | None | J | T | | | | | |
| 282. Thornburg Intl Val Fd R#(401k) | | None | L | T | | | | | |
| 283. Vanguard Interm Corp FD(Foundation # 1) | E | Dividend | N | T | Sold (part) | 04/20/11 | N | | |
| 284. Georgia Gulf Corp Com(Foundation # 1) | | None | K | T | | | | | |
| 285. Morgan Stanley Bank(Saving )(Foundation # 1) | A | Interest | M | T | | | | | |
| 286. NYS Dormitory 4 % due 10/1/15 | E | Interest | O | T | | | | | |
| 287. NYS Dormitory 5.25 due 8/15/15 | F | Interest | P1 | T | Sold (part) | 02/15/11 | J | | |
| 288. | | | | | Sold (part) | 08/15/11 | J | | |
| 289. NYS Dormitory 5.5 due 7/1/16 | E | Interest | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Morgan Stanley Bank (Trust # 2) | A | Interest | J | T | | | | | |
| 291. First Republic Bank( Checking)(Trust # 2) | | None | J | T | | | | | |
| 292. First Republic Bank (Checking) | A | Interest | M | T | | | | | |
| 293. The West Africa Fund LP | | None | O | T | | | | | |
| 294. NuCana Biomed Ltd (Ordinary Shares) (IRA) | | None | O | T | Buy (add'l) | 11/23/11 | M | | |
| 295. Cookstr LLC(Convertible Unsecured Promissory Note) | | None | N | T | Buy (add'l) | 07/08/11 | N | | |
| 296. Cordia Bancorp Ser B(Com)(IRA) | | None | L | T | | | | | |
| 297. ConnectEdu Inc(Com)(IRA) | | None | M | T | Buy (add'l) | 10/13/11 | K | | |
| 298. Michael Walsdorf- (Personal Loan-Note Receivable) | | None | P1 | T | | | | | |
| 299. Leo DeSorcy-(Personal Loan-Note Receivable) | D | Interest | N | T | Sold (part) | 02/08/11 | L | | |
| 300. MV Beach Stret Realty(Mortgage Note) | E | Interest | O | T | | | | | |
| 301. Beryllium LLC | | None | J | U | | | | | |
| 302. Kinderhook Capital Fund III LP | A | Distribution | O | U | Buy (add'l) | 05/09/11 | L | | See Note #1 |
| 303. | | | | | Buy (add'l) | 10/20/11 | K | | |
| 304. | | | | | Buy (add'l) | 12/20/11 | M | | |
| 305. | | | | | Sold (part) | 12/20/11 | J | | |
| 306. Omnlink Systems Inc(Bridge Loan) | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. NYS Dormitory 5.25 due 5/15/15 | E | Interest | N | T | | | | | |
| 308. Nuclea Biotechnologies Inc-Convertible Note | | None | L | T | | | | | |
| 309. Cordia Bancorp Inc Ser B (Com) | | None | N | T | | | | | |
| 310. ConnectEDU Ser D (Com) | | None | M | T | Buy | 10/13/11 | K | | |
| 311. Rapid Ratings International Inc (Com) | | None | O | T | Buy | 11/14/11 | N | | |
| 312. West 12th Street Manager LLC | A | Distribution | J | U | Sold (part) | 12/31/11 | J | | See Note # 1 |
| 313. Parkstone Capital Partners LLC | E | Distribution | N | U | Sold (part) | 07/01/11 | M | | See Note # 1 |
| 314. Lone Peak Partners Fund LP | | None | O | U | | | | | |
| 315. Capital Income Fund (IRA) | | None | | | Sold | 01/04/11 | K | | |
| 316. UBS Bank USA Dep MM (IRA) | A | Interest | M | T | | | | | |
| 317. Thornburg Core Growth A (Trust # 2) | | None | L | T | | | | | |
| 318. Erie County NY Pub Imp Unlimited 6 % due 7/1/12 | D | Interest | | | Sold | 01/03/11 | N | | |
| 319. Guam Edu Fin 5 % due 10/1/11 | E | Interest | | | Sold | 10/03/11 | N | | |
| 320. NYS Dorm 5.625 % due 6/1/16 | F | Interest | P1 | T | | | | | |
| 321. NY NY St Enviornmental FAC 4.5 % due 4/15/15 | E | Interest | O | T | | | | | |
| 322. NYC Trans Fin Au 1.5 % due 11/1/11 | D | Interest | | | Redeemed | 11/01/11 | M | | |
| 323. NYS Dorm 5.25 % due 11/15/23 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. NYS Dorm 5.25 % due 1/1/13 | D | Interest | M | T | | | | | |
| 325. NYS Dorm 5.25 % due 2/15/13 | E | Interest | O | T | | | | | |
| 326. City of NY GO 5.5 due 8/1/12 | D | Interest | M | T | | | | | |
| 327. NYS Dorm 6 % due 8/15/12 | E | Interest | O | T | | | | | |
| 328. Walmart Stores Inc (Com) | | None | | | Sold | 01/26/11 | O | E | |
| 329. Williams Co Inc (Del)(Com) | | None | | | Sold | 01/26/11 | O | F | |
| 330. Tidewater Acquisition Inc(Pref) | D | Dividend | K | T | Sold (part) | 02/18/11 | K | | |
| 331. Tidewater Aquisition Inc(Com) | | None | | | Sold | 09/07/11 | K | | |
| 332. ▓▓▓▓▓▓ LLC | | None | K | U | | | | | |
| 333. Emerald Biostructures Inc.(Loan) | C | Interest | K | T | | | | | |
| 334. Empowered World Ventures LLC(Preferred A) | | None | M | T | Buy | 09/12/11 | M | | |
| 335. CSL Energy opportunity Fd I LP | | None | M | U | Buy | 09/06/11 | M | | |
| 336. CSL Europe Energy Services LP | A | Distribution | L | U | Buy | 10/20/11 | L | | See Note # 1 |
| 337. KCM Long Only Fund LP | | None | O | U | Buy | 1/27/11 | O | | |
| 338. Parkstone Capital Partners II LP | F | Distribution | P1 | U | Buy | 05/09/11 | M | | See Note # 1 |
| 339. | | | | | Buy (add'l) | 06/22/11 | N | | |
| 340. | | | | | Buy (add'l) | 10/19/11 | N | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. NY BB Inc (Com) | | None | | | Buy | 09/21/11 | L | | |
| 342. | | | | | Sold | 10/07/11 | L | | |
| 343. Tactics II CDI Ser B (Pfd) | | None | O | U | Buy | 03/22/11 | O | | |
| 344. Highland Investment Group LLC | | None | K | U | Buy | 03/22/11 | N | | |
| 345. Peaks Capital Partners LLC (Promissory Note) | | None | M | T | Buy | 03/22/11 | M | | |
| 346. Syracuse NY Ind Dev 3.0 5/11/13 | D | Interest | O | T | Buy | 01/26/11 | O | | |
| 347. NYS auth Rev Nonst 5 % 10/1/14 | C | Interest | O | T | Buy | 08/03/11 | O | | |
| 348. NYS Energy Res & Dev 2.25 % 12/1/15 | C | Interest | O | T | Buy | 09/22/11 | O | | |
| 349. Patchogue Hetford NY Un 4.25 10/1/15 | | None | O | T | Buy | 11/29/11 | O | | |
| 350. Suffolk Cnty NY Trans 1.5 % 9/1/12 | | None | P1 | T | Buy | 12/28/11 | O | | |
| 351. Ceres Inc (Com) | | None | L | T | Spinoff (from line 19) | 12/12/11 | L | | See Note # 6 |
| 352. Artiman Venture Fund LP | C | Distribution | M | U | Spinoff (from line 20) | 12/12/11 | M | | See Note # 1 & Note #6 |
| 353. | | | | | Sold (part) | 12/12/11 | K | | |
| 354. MAP Pharmaceuticals Inc(Com) | | None | | | Spinoff (from line 58) | 03/15/11 | L | | See Note # 6 |
| 355. | | | | | Spinoff (from line 59) | 06/02/11 | K | | See Note # 6 |
| 356. | | | | | Spinoff (from line 221) | 03/15/11 | K | | See Note # 6 |
| 357. | | | | | Spinoff (from line 222) | 06/02/11 | K | | See Note # 6 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. | | | | | Spinoff (from line 237) | 03/15/11 | J | | See Note # 6 |
| 359. | | | | | Spinoff (from line 238) | 06/02/11 | K | | See Note # 6 |
| 360. | | | | | Donated (part) | | | | |
| 361. | | | | | Donated (part) | | | | |
| 362. | | | | | Spinoff (from line 62) | 02/14/11 | K | | See Note # 6 |
| 363. | | | | | Spinoff (from line 63) | 11/09/11 | K | | See Note # 6 |
| 364. | | | | | Donated | | | | |
| 365. Inavien LLC(Promissory Note) | D | Interest | N | T | Buy | 04/14/11 | N | | |
| 366. Vocalocity Inc (Ser -B-1) | | None | N | T | Buy | 1/11/11 | M | | |
| 367. | | | | | Buy (add'l) | 08/19/11 | L | | |
| 368. EOS Sleep Management LLC | | None | O | U | Buy | 09/07/11 | P1 | | |
| 369. SRD Systems Inc (Preferred Stock) | | None | M | T | Buy | 06/17/11 | M | | |
| 370. SRD Systems Inc (Promossory Note)) | | None | L | T | Buy | 11/30/11 | L | | |
| 371. OD Funding Partners LLC | | None | M | U | Buy | 10/31/11 | M | | |
| 372. Prollie Inc (Preferred St) | | None | K | T | Buy | 10/31/11 | M | | |
| 373. Nextremity Solutions LLC | | None | P1 | U | Buy | 01/03/11 | L | | |
| 374. | | | | | Buy (add'l) | 06/06/11 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 12/15/11 | N | | |
| 376. Linx-Ad Co-Invest LLC | C | Interest | M | U | Buy | 07/18/11 | M | | |
| 377. Kumani EsentialS LLC | | None | M | U | Buy | 10/24/11 | M | | |
| 378. Collision Funding Partners LLC | | None | M | U | Buy | 09/11/11 | M | | |
| 379. Clean Pool & Services LLC | | None | N | U | Buy | 04/27/11 | M | | |
| 380. | | | | | Buy (add'l) | 11/08/11 | K | | |
| 381. Exxon Mobil (Com)(Foundation # 1) | D | Dividend | | | Buy | 04/20/11 | N | | |
| 382. | | | | | Sold | 11/17/11 | N | | |
| 383. Verisign Inc (Com) | C | Dividend | K | T | Buy | 01/15/11 | K | | |
| 384. | | | | | | | | | |
| 385. | | | | | | | | | |
| 386. | | | | | | | | | |
| 387. | | | | | | | | | |
| 388. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note #1
Explanation Re:Section VII
Item #  4,6,8,37,40,64,66,69,84,101,106,107,112,118,125,131,139,150,181,188,190,262,263,265,271,278,302,312,313,336,338,352

The income from investments in Limited partnerships usually contain more than one type of income. For income valuation purposes,the various amounts were combined to determine the amount code in column B(1)The type of income in column B(2)is labeled "distribution", to denote more then one category of income indicated on schedule K-1 received from the partnership.

Note # 2
Explanation Section VII
Item 84,85,86,87,88,89

                     Ltd is a Sub-chapter S corporation owned 100%                     The corporation purchased and sold  various secuities during 2011 which are listed below the corporate name   The value of the securities  are  included in the total indicated on line 84  Column  C(1)

Note # 3
Explanation Section VII
Item # 98,99,100,205,206,243

These investmennts are worthless as of December 31, 2011. The assets are listed  as "Closed" in Column D(1). The date in Column D(2) is December 31, 2011. The value in Colum D(3) is blank since no value was derived from the worthless investment. .

Note # 4
Explanation Section  VII
Item  #  181,190,197,198,199,200,201,202,203,204,205,206,207,208,209,210,211

                     is a Managing partner  of                     LP and                     LP ,. .The  partnerships have ownership  interests in the companies lised.The  costs  of the ownership interests are included in the Gross value at the end of the reporting period  indicated on line # 181                     LP  Column C(1) and line #  190                     LP, Column C(1). In addition,the cost of the  the additional investments are included on line 181- 187 and 190-196 . The invested companies are listed on lines 197 thur 211. The  companies added this year are denoted with an  (X) next to the company name.

.

Note # 5
Explanation Section VII
Item # 19,20,58,59,62,63,221,222,237,238

The Limited Partnership distributed shares of securities that were purchased and held by the partnership. This infomration is noted as "Distributed " in Column D(1). The date the shares were distributed  is listed in Column D(2). The value in Column D(3) is the distributee's pro rata share of the aqusition cots  of the assets by the Limited Partnership, as reported by the General Partner. The transfer relates only to the specific security The entire partnership was not transferred.

Note # 6
Explanation Section VII
Item #  351,352,354,355,356,357,358,359,362,363

These securities were not purchased but were received from time to time as in-kind distributions from the various Limited Partherships. These securities are listed as "Spinoff" in column D(1). The date in column D(2) is the effective date of the distribution. The Value in Column D (3) is the distributee's pro rate share of the acqusition costs
of the assets by the Limited Partnership, as reported by the General Partner.

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/13/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Colleen McMahon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544